JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEFINA CUEVAS,**<br><br>Defendant. | Case No. CV 13-06695 WDK (PLAx)<br><br>**JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Josefina Cuevas, individually and doing business as El Nuevo Michoacano Bar a/k/a El Michoacano Bar, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Josefina Cuevas, individually and doing business as El Nuevo Michoacano Bar a/k/a El Michoacano Bar, as follows:

   (a)   defendant Josefina Cuevas, individually and doing business as

1 | El Nuevo Michoacano Bar a/k/a El Michoacano Bar, shall pay the plaintiff, J & J
2 | Sports Productions, Inc., $6,400.00 in total damages plus attorneys' fees in the
3 | amount of $840.00 plus costs.

5 | IT IS SO ORDERED.

7 | IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
8 | States mail or by telefax or by email, copies of this Order on counsel in this matter.

11 | Dated: September 11, 2014

_____
William Keller
United States District Judge

- 2 -